UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTH KATZ, | Case No.: 1:10-cv-01534-ERK -RER |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| -against- | |
| FIRST SOURCE ADVANTAGE, LLC, | |
| Defendant. | |

NOW COMES the Plaintiff, RUTH KATZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: August 9, 2010        KROHN & MOSS, LTD.

By: /s/ Adam Hill_____
    Adam Hill
    Attorney for Plaintiff
    Krohn & Moss, Ltd120
    West Madison, 10th Floor
    Chicago, Illinois 60602

- 1 -